# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 1-11-mj-152
8202 Cicero Trail, Chattanooga, Tennessee )
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Residence located at 8202 Cicero Trail, Chattanooga, TN.

located in the \_\_\_\_\_ Eastern \_\_\_\_\_ District of \_\_\_\_\_ Tennessee \_\_\_\_\_ , there is now concealed *(identify the person or describe the property to be seized)*:
evidence and fruits and instrumentalities of crimes of the manufacture, distribution, and traffic of a control substance. More specifically described in the attached affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | Conspiracy to Manufacture, Distribute and Traffic a Controlled Substance. |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of \_\_\_\_\_ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jeff Sills, TFO DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7-12-2011

*Judge's signature*

City and state: Chattanooga, TN

William B. Mitchell Carter, U.S. Magistrate Judge
*Printed name and title*